# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-3608

_____

Filed: October 04, 2013

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROBERT J. WORKMAN

    Defendant - Appellant

11cr181

Judge Adams

## MANDATE

Pursuant to the court's disposition that was filed 09/12/2013 the mandate for this case hereby issues today.   Affirmed

COSTS: None